IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

LINZY LAMAR JONES, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 11-0279-M
:
MICHAEL J. ASTRUE, :
Commissioner of Social Security,:
:
    Defendant. :

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Linzy Lamar Jones.

DONE this 27th day of January, 2012.

                               s/BERT W. MILLING, JR.
                               UNITED STATES MAGISTRATE JUDGE